# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:17–cv–23060–RNS

Patent Holder, LLC. v. Lone Wolf Distributors, Inc et al  
Assigned to: Judge Robert N. Scola, Jr  
Referred to: Magistrate Judge Edwin G. Torres  
Cause: 28:1338 Patent Infringement

Date Filed: 08/11/2017  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Patent Holder, LLC.**  represented by  **Albert Bordas**
Albert Bordas PA
5975 Sunset Drive
Suite 607
Miami, FL 33143
305–669–9848
Fax: 669–9851
Email: albert@bordasiplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Augusto Perera**
Albert Bordas, P.A.
Suite 705
5975 Sunset Drive
Miami, FL 33143
(305) 669–9848
Fax: (305) 669–9851
Email: tm@bordasiplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lone Wolf Distributors, Inc**  represented by  **Mark W. Hendricksen**
Wells St. John, P.S.
601 W Main Avenue, Suite 600
Spokane, WA 99201–0613
509–624–4276
Email: mhendricksen@wellsstjohn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Rafael Trueba , Jr.**
Trueba & Suarez, PLLC
9150 S. Dadeland Blvd.
Suite 1008
Miami, FL 33156
305–482–1001

        Fax: 786–516–2826
        Email: wtrueba@lex188.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Lone Wolf R&D, LLC** | represented by | **Mark W. Hendricksen** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **William Rafael Trueba , Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2017 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* against All Defendants. Filing fees $ 400.00 receipt number 113C–9966484, filed by PATENT HOLDER, LLC.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit.2.US Patent 9,404,700, # 3 Exhibit Exhibit.3, # 4 Exhibit Exhibit.5.Prior art vs. Patented connector, # 5 Exhibit Exhibit.6.Patent Holder, LLC's Patented connector, # 6 Exhibit Exhibit.7.Lone Wolf Distributorsconnector, # 7 Exhibit Exhibit.8, # 8 Exhibit Exhibit.9, # 9 Exhibit Exhibit.10, # 10 Exhibit Exhibit.11, # 11 Civil Cover Sheet Patentholder.lonewolfecivilcoversheet.17–06–01–JS_044.pdf, # 12 Summon(s) Summons.ao440.lonewolfdistributors.pdf, # 13 Summon(s) Summons.ao440.Lone Wolf R&D, LLC)(Perera, Augusto) (Entered: 08/11/2017) |
| 08/11/2017 | Ï 2 | Clerks Notice of Judge Assignment to Judge Robert N. Scola, Jr. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Edwin G. Torres is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON–PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON–PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ail) (Entered: 08/14/2017) |
| 08/14/2017 | Ï 3 | Summons Issued as to Lone Wolf Distributors, Inc. (ail) (Entered: 08/14/2017) |
| 08/14/2017 | Ï 4 | Clerks Notice to Filer re: Summons cannot be issued. The filer has only filed summonses for one party. (ail) (Entered: 08/14/2017) |
| 08/14/2017 | Ï 5 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Complaint) (ail) (Entered: 08/14/2017) |
| 08/14/2017 | Ï 6 | NOTICE of Filing Proposed Summons(es) *Lone Wolf R&D, LLC* by Patent Holder, LLC. (Attachments: # 1 Summon(s) Summons.ao440.Lone Wolf R&D, LLC) (Perera, Augusto) (Entered: 08/14/2017) |
| 08/14/2017 | Ï 7 | Summons Issued as to Lone Wolf R&D, LLC. (jc) (Entered: 08/14/2017) |

| | | |
|---|---|---|
| 08/14/2017 | Ï 8 | Clerks Notice to Filer re: 6 NOTICE of Filing Proposed Summons(es). The filer submitted summons with the incorrect case number. The correction was made. It is not necessary to re−file this document. (jc) (Entered: 08/14/2017) |
| 08/15/2017 | Ï 9 | ORDER Requiring Discovery And Scheduling Conference And Order Referring Discovery Matters To The Magistrate Judge G. Torres Signed by Judge Robert N. Scola, Jr on 8/14/2017. (ail) (Entered: 08/15/2017) |
| 08/30/2017 | Ï 10 | NOTICE by Patent Holder, LLC. *Pursuant to Federal Rule of Civil Procedure 7.1* (Perera, Augusto) (Entered: 08/30/2017) |
| 09/20/2017 | Ï 11 | ORDER SETTING DISCOVERY PROCEDURES. Signed by Magistrate Judge Edwin G. Torres on 9/20/2017. (mdc) (Entered: 09/20/2017) |
| 09/20/2017 | Ï 12 | SUMMONS (Affidavit) Returned Executed on 1 Complaint,,, with a 21 day response/answer filing deadline by Patent Holder, LLC.. All Defendants. (Attachments: # 1 Affidavit AFFIDAVIT OF PROCESS SERVER)(Perera, Augusto) (Entered: 09/20/2017) |
| 09/29/2017 | Ï 13 | Defendant's MOTION to Dismiss 1 Complaint,,, *for Lack of Venue, or in the Alternative to Transfer Venue, and Memorandum of Points and Authorities in Support Thereof* by Lone Wolf Distributors, Inc, Lone Wolf R&D, LLC. Attorney William Rafael Trueba, Jr added to party Lone Wolf Distributors, Inc(pty:dft), Attorney William Rafael Trueba, Jr added to party Lone Wolf R&D, LLC(pty:dft). Responses due by 10/13/2017 (Attachments: # 1 Exhibit A − Declaration of Daniel Shepard Jr. in Support of Defendants' Motion to Dismiss, or Transfer Venue, # 2 Text of Proposed Order Granting Dismissal or Transfer)(Trueba, William) (Entered: 09/29/2017) |
| 10/12/2017 | Ï 14 | RESPONSE in Opposition re 13 Defendant's MOTION to Dismiss 1 Complaint,,, *for Lack of Venue, or in the Alternative to Transfer Venue, and Memorandum of Points and Authorities in Support Thereof* filed by Patent Holder, LLC.. Replies due by 10/19/2017. (Attachments: # 1 Exhibit Exhibit A)(Perera, Augusto) (Entered: 10/12/2017) |
| 10/12/2017 | Ï 15 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Mark W. Hendricksen. Filing Fee $ 75.00 Receipt # 113C−10105582 by Lone Wolf Distributors, Inc, Lone Wolf R&D, LLC. Responses due by 10/26/2017 (Attachments: # 1 Exhibit "2" Certification of Mark W. Hendricksen, Esq.)(Trueba, William) (Entered: 10/12/2017) |
| 10/13/2017 | Ï 16 | ORDER granting 15 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Mark W. Hendricksen. Signed by Judge Robert N. Scola, Jr on 10/13/2017. (kpe) (Entered: 10/13/2017) |
| 10/18/2017 | Ï 17 | REPLY to Response to Motion re 13 Defendant's MOTION to Dismiss 1 Complaint,,, *for Lack of Venue, or in the Alternative to Transfer Venue, and Memorandum of Points and Authorities in Support Thereof* filed by Lone Wolf Distributors, Inc, Lone Wolf R&D, LLC. (Trueba, William) (Entered: 10/18/2017) |
| 10/20/2017 | Ï 18 | Unopposed MOTION for Extension of Time to Comply with the Court's Order [Doc 9] regarding the Rule 26(f) and Local Rule 16.1(b) Conference and Report re 9 Order, Order Referring Case to Judge by Lone Wolf Distributors, Inc, Lone Wolf R&D, LLC. Responses due by 11/3/2017 (Trueba, William) (Entered: 10/20/2017) |
| 10/24/2017 | Ï 19 | PAPERLESS ORDER: The Court grants the Defendants' unopposed 18 motion for extension of time. The parties must hold their discovery and scheduling conference within fourteen days of the entry of a ruling on the Defendants' 13 motion to dismiss for lack of venue, and must submit a joint discovery plan and conference report within fourteen days of the discovery and scheduling conference. Signed by Judge Robert N. Scola, Jr. on 10/24/2017. (jle) (Entered: 10/24/2017) |

| | | |
|---|---|---|
| 10/31/2017 | 20 | ORDER granting in part re 13 Motion to Dismiss. Pursuant to 28 U.S.C. § 1406(a), the Clerk of Court shall transfer this case to the United States District Court for the District of Idaho. Signed by Judge Robert N. Scola, Jr on 10/31/2017. (ail) (Entered: 11/01/2017) |